PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLENE AZENDA CAMPBELL,<br>　　　Plaintiff,<br>　　v.<br>Commissioner of Social Security,<br>　　　Defendant. | CIVIL NO. 2:24-cv-1942-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

　　　IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision as to the period prior to February 21, 2023, and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk

of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: December 3, 2024		/s/ Francesco Benavides*
			FRANCESCO BENAVIDES
			Attorney for Plaintiff
			*Authorized via e-mail on December 3, 2024

			PHILLIP A. TALBERT
			United States Attorney
			MATHEW W. PILE
			Associate General Counsel
			Social Security Administration

		By:	/s/ Erin Jurrens
			ERIN JURRENS
			Special Assistant U.S. Attorney

			Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). Plaintiff's motion for summary judgment, ECF No. 11, is denied as moot.

IT IS SO ORDERED.

Dated:   December 3, 2024		_____
			JEREMY D. PETERSON
			UNITED STATES MAGISTRATE JUDGE